AO 106A (EDVA Version) (03/20) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia



| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 3:21SW12 |
| (1) one black HP Laptop Model 15-ba015wm; (1) one white and gold Apple Iphone Model A1533; (1) one black LG Model LML212VL; (1) black Apple IPhone Model A1660 | ) ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Affidavit and Attachment A, fully incorporated by reference herein

located in the _____Eastern_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized):*

See Affidavit and Attachment B, fully incorporated by reference herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 7 U.S.C. 2156 | Violation of Animal Welfare Act |
| 18 U.S.C. 371 | Conspiracy to Violate the Animal Welfare Act |

The application is based on these facts:

See Affidavit fully incorporated by reference herein

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

P8r

*Applicant's signature*

Reviewed by AUSA/SAUSA

Stephen E. Anthony

*Printed name and title*

David Vallario, Special Agent, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____Telephone_____ *(specify reliable electronic means).*

Date: _____2/24/21_____

/s/

~~Elizabeth W. Hanes~~
~~United States Magistrate Judge~~
Elizabeth W. Hanes, US Magistrate Judge

City and state: _____Richmond, Virginia_____

*Printed name and title*